GENERAL ELECTRIC COMPANY, Respondent, v. R. H. MACY & CO., INC., Appellant.— Appeal having become academic by virtue of the granting of plaintiff-respondent's motion (ante, p. 939, decided herewith), to the extent of dismissing the complaint and vacating the judgment entered herein in plaintiff's favor on January 31, 1951, on payment of the taxable costs and disbursements, said appeal is dismissed, with costs of the appeal to the defendant-appellant. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [199 Misc. 87.]

(Republish.) CLARA HAMMER, Appellant, v. GEORGE HAMMER, Respondent.— Order reversed, with $20 costs and disbursements to the appellant, and plaintiff's motion for a temporary injunction granted enjoining defendant from proceeding in the Florida action. Opinion by Dore, J. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.; Cohn and Van Voorhis, JJ., dissent and vote to affirm; dissenting opinion by Van Voorhis, J. Settle order on notice. [See ante, p. 396.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR WUNSCH, Appellant.— Judgment of conviction unanimously modified to the extent of reversing the conviction on the count charging assault in the third degree and dismissing that count of the information, on the ground that the guilt of defendant on that charge was not established beyond a reasonable doubt and, as so modified, the judgment of conviction is affirmed. We do not know to what extent, if any, the conviction for assault influenced the sentence imposed by the court below. We, therefore, direct that the defendant be produced before that court for resentence on a date to be fixed in the order to be settled herein. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Heffernan, JJ.

In the Matter of LINCOLN H. DREESSEN, Individually and as President of the Playground Directors Association, et al., Appellants, against ROBERT MOSES, as Park Commissioner of the City of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [See ante, p. 902.]

AMERICAN INSURANCE COMPANY OF NEWARK, NEW JERSEY, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY OF ST. PAUL, MINNESOTA.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ. [See ante, p. 910.]

FRANK M. SWACKER v. HUGH F. O'DONNELL.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See ante, p. 825.]